O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERAL SHERMAN,<br><br>               Petitioner,<br><br>       v.<br><br>A. MILLER, Warden,<br><br>               Respondent. | Case No. CV 14-4161-PSG (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Report and Recommendation of the United States Magistrate Judge.  The Court has engaged in *de novo* review of the portions of the Report and Recommendation to which Petitioner objects.  The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered (1) denying the Petition for a Writ of Habeas Corpus; and (2) dismissing this action with prejudice.

Dated: 3/4/15

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE