JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERAL SHERMAN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>A. MILLER, Warden,<br><br>　　　　Respondent. | Case No. CV 14-4161-PSG (KK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: 3/4/15

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE